IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CECILIA GRANATA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16307

Judge Martha M. Pacold

Magistrate Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 17 | ChinhVTStore |
| 29 | Odile Store |
| 41 | Giodo Store |
| 46 | QualitySStore |
| 53 | HKV Store |
| 44 | chenzjie3462 |
| 11 | JunZhi Store |
| 16 | Sunflowerrrr |
| 65 | rong textiles |
| 67 | ArtHandMadeShop |

| | |
|---|---|
| 69 | bamboo ink art |
| 68 | ZIYANYAN |
| 71 | WallPlate |
| 40 | SEAMPLE STORE |
| 5 | JXQCWY |

DATED: January 11, 2024      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, Suite #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                     */s/ Keith A. Vogt*
                                                     Keith A. Vogt